***NOT FOR PRINTED PUBLICATION***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CUOZZO SPEED TECHNOLOGIES LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14cv398 |
| | § | (Judge Clark/Judge Mazzant) |
| FULLPOWER TECHNOLOGIES, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is Plaintiff's Notice of Voluntary Dismissal [Doc. #7].

It is **ORDERED** that the Notice of Voluntary Dismissal [Doc. #7] is accepted by the court. The court further **ORDERS** that all of Plaintiff's claims in this action against Defendant Fullpower Technologies, Inc. are **DISMISSED** with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear their own costs, expenses, and attorney's fees.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **19** day of **September, 2014.**

_____
Ron Clark, United States District Judge